**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:  
**Debtor:** Gustavo Borjas

Case # 17-11431  
Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 05-11-2017 and the following parties were present:

1. [  ] The Debtor:
2. [  ] The Debtor's Attorney:
3. [  ] The Lender's Representative:
4. [  ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 05-11-2017 but not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [ x ] Other: The debtor's appeal of the denial was denied as well.

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [  ] The parties did not reach an agreement

Dated: 01.10.18

Copies To:  
[All Parties to Mediation]

Signature of Mediator: _____ //s// Robin Weiner  
Printed Name: Robin Weiner  
Address: 151 North Nob Hill Road #132 Plantation, FL 33324  
Phone: (754) 227-9449  
Email: impartialmediator@gmail.com