


**ORDERED in the Southern District of Florida on May 27, 2020.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ALIEGKA GUTIERREZ, CASE NO.: 17-11431-RAM
CHAPTER 13

Debtor(s).
_______________________________________/

**ORDER GRANTING CREDITOR'S MOTION FOR RELIEF**
**FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**
*Property Address: 12996 SW 218TH TER, MIAMI, FL 33170*

THIS CAUSE came before the Court on May 12, 2020 on Creditor's, WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2007-3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3 ("Creditor"), Motion for Relief from the Automatic Stay [D.E. 65], and upon hearing, the Court having reviewed the Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED:**

1. Creditor's Motion for Relief from the Automatic Stay and Co-Debtor Stay is **GRANTED**.

2. All future payments under the Confirmed Plan that were to be made to WILMINGTON TRUST, NA are hereby redirected to the unsecured creditors.

3. The Automatic Stay imposed by 11 U.S.C. §362 as to the Debtor, and imposed by 11 U.S.C. §1301 and as to the Co-Debtor, Gustavo Borjas, is lifted as to this Creditor its successors and/or assignees, and the Creditor may proceed with foreclosure of its lien on the following property:

**LOT 3, BLOCK 6 OF THE ESTATE MANSIONS ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 161, PAGE 87 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**Property Address:** 12996 SW 218TH TER, MIAMI, FL 33170

4. This Order is entered for the sole purpose of allowing Creditor, its successors and/or assignees, to obtain an *in rem* judgment against the property described above. Creditor shall not seek an *in personam* judgment against Debtor(s).

5. The 14 day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) is waived so that Creditor can pursue its *in rem* remedies.

6. Creditor, its successors and/or assignees, may, at its option, offer provide and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement. Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

###

Submitted by:

Ida A. Moghimi-Kian
Diaz Anselmo Lindberg P.A.
PO BOX 19519
Fort Lauderdale, FL 33318
***Attorneys for Creditor***

***Attorney for Creditor, Ida A. Moghimi-Kian, is directed to serve copies of this order on the parties listed and file a certificate of service.***

Copies furnished to:

ALIEGKA GUTIERREZ
12996 SW 218TH TERR
MIAMI, FL 33170
*Debtor(s)*

GUSTAVO BORJAS
12996 SW 218TH TERRACE
MIAMI, FL 33170
*Co-Debtor(s)*

RICARDO CORONA, ESQ.
3899 NW 7 ST, SECOND FLOOR
MIAMI, FL 33126
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*