| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor 1   ALIEGKA GUTIERREZ

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN   District of Florida
(State)

Case number   17-11431-RAM

## Official Form 410S1

# Notice of Mortgage Payment Change                                            12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** WILMINGTON TRUST, NA, SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE F/B/O HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST 2007-3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-3

**Court claim no.** (if known):   1

**Last 4 digits** of any number you use to identify the debtor's account:    9096

**Date of payment change:** 04/01/2020
Must be at least 21 days after date
Of this notice

**New total payment:** $3,232.16
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**
☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ _____ .                New escrow payment: $ _____ .

### Part 2:   Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
☐ No.
☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate:   4.5%                                      New interest rate:   4.0%

Current principal and interest payment: $ 2,285.45        New principal and interest payment: $ 2,201.31

### Part 3:   Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No.
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: $                         New mortgage payment: $

## Part 4:  Sign here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Adam A. Diaz .    Date   2 / 17  /2020  /
   Signature

Name     Adam         A.         Diaz .         Title  Attorney for the Creditor .
         First name   Middle name  Last name

Company         Diaz Anselmo Lindberg P.A.                                     .

Address         PO BOX 19519                                  .
                Number      Street

                Fort Lauderdale,      FL        33318
                City                  State     Zip Code

Contacted phone  (954) 564-0071                Email : ADiaz@shdlegalgroup.com

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, February 17, 2020, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

ALIEGKA GUTIERREZ
12996 SW 218TH TER
MIAMI, FL 33170
*Debtor(s)*

RICARDO CORONA, ESQ.
3899 NW 7 ST, SECOND FLOOR
MIAMI, FL 33126
*Attorney for Debtor(s)*

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

                                            **Diaz Anselmo** Lindberg P.A.
                                            **Attorneys for Creditor (SHD No. 1456-163749)**
                                            PO BOX 19519
                                            Fort Lauderdale, FL 33318
                                            Phone: (954) 564-0071
                                            Fax: (954) 564-9252

                                            By:  /s/ Adam A. Diaz
                                                 Adam A. Diaz
                                                 Florida Bar No.98379
                                                 ADiaz@shdlegalgroup.com



February 5, 2020

GUSTAVO BORJAS
ALIEGKA GUTIERREZ
12996 SW 218 TER
MIAMI, FL 33170

**Account Number:**
**Property Address:**  12996 S 218TH TER
MIAMI, FL 33170

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS is committed to providing you with the information you need to manage the account's home mortgage payments.

**CHANGES TO THE MORTGAGE INTEREST RATE AND PAYMENTS ON 04/01/2020.**

Under the terms of the account's Adjustable-Rate Mortgage, you had a 6 month period during which the interest rate and principal and interest payment remained the same. The interest rate initially changed on 04/01/2011 and may change every 6 month(s) for the life of the mortgage. The rate is scheduled to change again on 09/01/2020 with a corresponding payment change on 10/01/2020.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 4.50000% | 4.00000% |
| Principal | $1,061.04 | $1,116.48 |
| Interest | $1,224.41 | $1,084.83 |
| Escrow (Taxes & Insurance) | $1,030.85 | $1,030.85 |
| **Total Monthly Payment** | $3,316.30 | $3,232.16 Due 04/01/2020 |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 1.74525% and the margin is 2.25000%. The index is the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE and is published MONTHLY IN THE WALLSTREET JOURNAL.

**Rate Limits:** The rate cannot go higher than 12.50000% or less than 0.00000% over the life of the loan.



AW097 2100

The rate can change each subsequent period by no more than 1.00000%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. The new payment is based on the 6 MONTH AVERAGE LONDON INTERBANK OFFERED RATE, the margin, rounding of 0.12500%, the account balance of $325,447.68, and the remaining amortized loan term of 204 months.

Please note that if you are currently set up on our automatic withdrawal program (ACH), the monthly payment will change to match the amount provided in this notice. This change will be made as of the first scheduled automatic payment after the date this payment change is effective.

**Prepayment Penalty:** None

If you seek an alternative to the changes to the interest rate and payment, the following options may be possible (subject to lender approval):
- Refinance the loan with another lender;
- Sell your home and use the proceeds to pay off the current loan;
- Modify the loan terms with us;
- Payment forbearance, which temporarily gives you more time to pay the monthly payment.

Please contact our Customer Service Department toll-free at 800-258-8602 for more information. Representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved housing counselor, you may call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673) or visit HUD's website at https://apps.hud.gov/offices/hsg/sfh/hcc/fc/ to find an available counseling agency. The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

---

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

